J. W. OGLESBY, JR., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

W. A. JONES, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 36941, 37281. Promulgated June 27, 1929.

*Russell Snow, Esq.*, for the petitioners.
*A. H. Fast, Esq.*, for the respondent.

OPINION.

LOVE: In view of the facts in this case, and on the authority of the opinions and decisions in the cases of *Henry Cappellini et al.*, 14 B. T. A. 1269; *Grand Rapids National Bank*, 15 B. T. A. 1166; *Annie G. Phillips*, 15 B. T. A. 1218; and *Robert N. Parrett*, 15 B. T. A. 1313, we hold that the petitioners are each liable as transferees of a part of the assets of the Waldo Lumber Co. in the amount of $352.05, with interest thereon as provided by law, limited however in the aggregate amount collected from petitioners to the amount of $352.05, plus interest as provided by law.

*Judgment will be entered for the respondent.*